## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **HENRY R. MOLAND,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **CIV-21-299-JFH-KEW** |
| | ) | |
| **SCOTT D. CROW,** | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  It has come to the court's attention that Petitioner was convicted in **Washington County**, Oklahoma, which is located within the territorial jurisdiction of the **Northern District of Oklahoma**.  Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Northern District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 18th day of October 2021.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE